# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-1253** | **September Term, 2022** |
| | EPA-FL0A00001 |
| | Filed On: April 6, 2023 [1993657] |

Food & Water Watch, et al.,

      Petitioners

    v.

Environmental Protection Agency and
Environmental Appeals Board,

      Respondents

-----------------------------

Consolidated with 23-1092

## O R D E R

    Upon consideration of the order filed in the U.S. Court of Appeals for the Second Circuit on April 4, 2023, transferring the consolidated petition for review to this court, it is, on the court's own motion,

    **ORDERED** that case No. 22-1253 (originally transferred to the Second Circuit on November 17, 2022), be reopened. It is

    **FURTHER ORDERED** that consolidated case No. 23-1092 be consolidated with lead case No. 22-1253. It is

    **FURTHER ORDERED** that the parties file motions to govern future proceedings in these cases within 15 days of this order.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                              BY:    /s/
                                              Amanda Himes
                                              Deputy Clerk