# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| FOOD AND WATER WATCH, *et al.*, and FRIENDS OF ANIMALS<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Respondents*. | Case No. 22-1253<br>(consolidated with<br>Case No. 23-1092) |

**JOINT MOTION TO GOVERN AND CONTINUE ABEYANCE**

The Parties jointly move to keep these consolidated cases in abeyance until 30 days following the conclusion of pending proceedings with the EPA's Environmental Appeals Board (EAB). In support of this motion, the Parties state as follows:

1. Petitioners in these consolidated cases challenge the U.S. Environmental Protection Agency's ("EPA") issuance of National Pollutant Discharge Elimination System Permit No. FL0A00001 ("the Permit") under the Clean Water Act. The Permit authorizes Ocean Era, Inc. to discharge pollutants

from an offshore aquaculture facility in the Gulf of Mexico[1] subject to effluent limitations, monitoring requirements, and other conditions set forth in the Permit.

2. In July 2023, Ocean Era, Inc. submitted a modification request to EPA seeking to change the fish species and pen design authorized by the Permit. EPA moved for a partial remand without vacatur to consider the request and conduct any necessary administrative proceedings. ECF No. 2017650.

3. On December 7, 2023, the Court granted EPA's request, holding the rest of the case in abeyance pending remand proceedings with status reports due every 90 days. ECF No. 2030370. The Court directed the parties to file motions to govern proceedings on the earlier of either the completion of remand proceedings or December 7, 2024. *Id.*

4. EPA has twice moved unopposed to continue the abeyance to provide more time to consider the modification request. ECF 2088276, 2107467. The Court granted these motions. ECF 2089680, 2109315.

---

[1] On January 20, 2025, President Trump issued an executive order directing that "[t]he area formerly known as the Gulf of Mexico" be renamed as the "Gulf of America." Exec. Order No. 14172, 90 Fed. Reg. 8629 (Jan. 20, 2025). Because the original permit references the Gulf of Mexico, EPA continues to use that name when referring to that permit. *See Daniels v. Exec. Dir. of Fla. Fish & Wildlife Conservation Comm'n*, 127 F.4th 1294, 1299 n.1 (11th Cir. 2025).

5. On May 15, 2025, EPA issued a modified permit. *See* https://www.epa.gov/npdes-permits/ocean-era-inc-velella-epsilon-aquatic-animal-production-facility-national-pollutant.

6. Following issuance of the permit, the parties filed a joint motion to continue the abeyance while the Petitioners determined if they would seek EAB's review of the modified permit. ECF 2117588. The Court granted this motion and directed the parties to file motions to govern future proceedings by July 11, 2025. ECF 2119151.

7. On June 14 and June 16, 2025, Food and Water Watch, et al., and Friends of Animals Petitioners filed separate petitions for review with EPA's EAB contesting the modified permit. These matters were docketed as NPDES Appeal Nos. 25-01 and 25-02. During the pendency of the EAB process there is an automatic stay on the contested modified permit. 40 C.F.R. § 124.16(a)(1).

8. The Parties jointly seek a further abeyance to conserve the Court's and the Parties' resources while the EAB considers the pending petitions for review of the modified permit. Extending the abeyance would avoid piecemeal litigation allowing the Parties to adjudicate all challenges to the permit and modified permit at one time, and continue to preserve Petitioners' rights to challenge the portions of the permit that are not subject to modification. For these

reasons, the Parties ask that these cases remain in abeyance until 30 days following the conclusion of the EAB process. Within 30 days following the conclusion of the EAB process, the parties will file motions to govern future proceedings.

Respectfully submitted,

/s/Jennifer Best
Jennifer Best
Stephen Hernick
Friends of Animals
Wildlife Law Program
6041 S. Syracuse Way, Ste. 250
Greenwood Village, CO 80110
720-945-9453
jennifer@friendsofanimals.org
shernick@friendsofanimals.org

*Counsel for Petitioner Friends of Animals*


/s/ William S. Eubanks II *(with permission)*
William S. Eubanks II
(970) 703-6060
bill@eubankslegal.com

Elizabeth L. Lewis
(202) 618-1007
lizzie@eubankslegal.com

Eubanks & Associates, PLLC
1629 K St. NW, Ste 300
Washington, DC 20006

*Counsel for Food & Water Watch Petitioners*

4

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Frederick H. Turner (with permission)*
FREDERICK H. TURNER
SANYA SHAHRASBI
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0641 (Turner)
Tel: (202) 305-0386 (Shahrasbi)
Email: frederick.turner@usdoj.gov
Email: sanya.shahrasbi@usdoj.gov

*Attorneys for Respondents*

Dated: July 11, 2025

# CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on July 11, 2025, I electronically filed the foregoing Uncontested Motion to Govern and Continue Abeyance with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record.

This document complies with the length limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), the document contains 554 words by Microsoft Word for Microsoft 365's word count utility.

This document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6), because it was prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman.

*s/ Jennifer Best*
Jennifer Best

*Attorney for Petitioner Friends of Animal*